No. 75–6778.  LACEY v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 75–6779.  ROBINSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 75–6780.  PATUTO v. COMMISSIONERS OF CIVIL SERVICE OF MASS. ET AL.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 75–6781.  BAILEY v. HOLLEY, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 75–6783.  SAMSON v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 75–6784.  ROSA v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 75–6785.  McABEE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 75–6786.  ODEN v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 6th Cir.  Certiorari denied.

No. 75–6789.  SMITH v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 75–6790.  MUNOZ v. CIVIL SERVICE COMMISSION OF ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 75–6793.  MORRISON v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 75–6794.  TAYLOR v. UNITED STATES; and
No. 75–6795.  HICKS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.